United States District Court
Southern District of Texas
**ENTERED**
April 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN GUADALUPE SAENZ | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 7:09-CV-00283 |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Juan Guadalupe Saenz's action pursuant to 28 U.S.C. § 2255. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Ramos's Report and Recommendation entered as Docket Entry No. 14 are hereby adopted by this Court. Movant's *pro se* Motion to Reopen His Previous 28 U.S.C. § 2255 (Dkt. No. 13) is **DENIED**.

The Clerk shall send a copy of this Order to the Plaintiff and counsel for Defendant.

SO ORDERED April 17, 2024, at McAllen, Texas.

Randy Crane
Chief United States District Judge